THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH PATTERSON, Appellants, against BOARD OF EDUCATION OF THE CITY OF SYRACUSE et al., Respondents.

Submitted June 4, 1945; decided June 14, 1945.

*Ruth Patterson,* in person, for motions.

No one opposed.

Motion for leave to appeal denied on the ground that an appeal lies as of right.

Motion to prosecute appeal on typewritten papers and for a stay granted.